IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LAWRENCE TOLO,                          :

    Petitioner,                       :

vs.                                     :     CA 06-0650-CB-C

ALBERTO GONZALES, etc.,                 :
et al.,
                                        :
    Respondents.

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 25, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 29th day of  May , 2007.

                                     s/Charles R. Butler, Jr.
                                     **SENIOR UNITED STATES DISTRICT JUDGE**